# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

**FILED** AUG 1 0 2009
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Humberto Aguirre, BOP #13248-298

V.

Jim Keller, Weyerhaeuser Vice President;
Richard E. Fagan, Plant Superintendent

**AMENDED JUDGMENT IN A CIVIL CASE**

**CASE NUMBER:**   09cv971-IEG(JMA)

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that Plaintiff's Complaint is **DISMISSED** for failing to state a claim upon which relief may be granted pursuant to 28 USC 1915(e)(2) and 1915A(b) without prejudice and for lack of proper venue pursuant to 28 USC 1391(b) and 1406(a). Plaintiff's Motion to Proceed In Forma Pauperis is **DENIED AS MOOT.** Case is closed..........................

| August 10, 2009 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |
| | J. Haslam   *(signature)* |
| | (By) Deputy Clerk |

ENTERED ON August 10, 2009